```
UNITED STATES DISTRICT COURT                USDC SDNY
SOUTHERN DISTRICT OF NEW YORK               DOCUMENT
                                            ELECTRONICALLY FILED
                                            DOC# _____
ANNA DENICOLO,                              DATE FILED: 11/22/19
```

**Plaintiff,**          16-cv-7416 (JGK)

- against -            ORDER

**BOARD OF EDUCATION OF NEW YORK, ET AL.,**

**Defendants.**

**JOHN G. KOELTL, District Judge:**

The Court has received the November 15, 2019 letter from the plaintiff (ECF. Docket No. 76.) The Court had originally scheduled a conference in this case for November 7, 2019. The clerk rescheduled the conference for December 12, 2019. Because the rescheduling was done on short notice, and the plaintiff has filed only an address and not a phone number or E-Mail address, the clerk attempted to convey the adjournment through the law firm that has withdrawn from representing the plaintiff. In response to the plaintiff's inquiry, that law firm is not routinely copied on correspondence or orders and is not notified by ECF of any filings in this case because it is listed as terminated on the docket sheet. (Any lawyer registered on ECF can, however, access any public filings in cases through ECF.)

Therefore, the Court confirms that the next conference in this case is on **December 12, 2019 at 4:30 p.m.** This is the conference in response to the plaintiff's letter dated October

14, 2019, in which the plaintiff requested to speak with the Court.

The Court will also extend the plaintiff's time to obtain new counsel until **January 10, 2020**. If the plaintiff does not obtain new counsel by that date, the plaintiff must continue this case pro se. The Court originally granted the motion of the plaintiff's prior counsel to withdraw in June, 2019, and had originally given the plaintiff until July 26, 2019 to obtain new counsel. An extension until January 10, 2020, provides ample time for the plaintiff to obtain new counsel.

**SO ORDERED.**

**Dated:** **New York, New York**
**November 21, 2019**

_____
John G. Koeltl
United States District Judge