**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 12-4-19

ANNA DENICOLO,

              **Plaintiff,**

  - against -

BOARD OF EDUCATION OF NEW YORK, ET AL.,

             **Defendants.**

**16-cv-7416 (JGK)**

**ORDER**

**JOHN G. KOELTL, District Judge:**

The Court has received documents filed by the plaintiff dated November 25, 2019 (Docket. Nos. 78, 79. 80). The court had already set a conference for **December 12, 2019 at 4:30 p.m.** The Court had also extended the time for the plaintiff to obtain new counsel to January 10, 2020. A copy of this Court's order dated November 21, 2019, is attached. (Docket No. 77).

The Court has also received a letter filed by the plaintiff dated December 2, 2019 (Docket No. 81), requesting that all scheduled conferences be canceled. Therefore, the conference originally set for **December 12, 2019 at 4:30 pm** will be **canceled.** The plaintiff may still obtain new counsel until **January 10, 2020.** If the plaintiff does not obtain new counsel by **January 10, 2020,** the plaintiff must continue this case pro se.

No further action is required with respect to the plaintiff's recent filings.

**SO ORDERED.**

**Dated:** **New York, New York**
**December 3, 2019**

_____
John G. Koeltl
**United States District Judge**