UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ANNA DENICOLO,

        Plaintiff,

-against-

THE BOARD OF EDUCATION OF THE CITY
OF NEW YORK AND/OR THE DEPARTMENT
OF EDUCATION OF THE CITY OF NEW
YORK, LTNAL KARAKAS, individually and
in his official capacity, XIOMARA
FERNANDEZ, individually and in her official
capacity, JEFFREY EASON, individually
and in his official capacity, DESIREE
LAFONTAINE, individually and in her
official capacity,

        Defendants.
-----------------------------------------------------------X

16 CIVIL 7416 (JGK)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo-Endorsed Order dated December 18, 2019, all parties having agreed, this action is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), judgment is entered, and the case is closed.

**Dated:** New York, New York
       December 19, 2019

RUBY J. KRAJICK
Clerk of Court

BY:

Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 12/19/2019